UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FITZROY MCNEILL,

                     Plaintiff,                          **MEMORANDUM & ORDER**

       -against-                                           14-CV-2872 (NGG)

DETECTIVE JONATHAN JORDAN, Shield No.
2824, DETECTIVE WILLIAM J. SOMMER,
Shield No. 2586, and ANTHONY GOMEZ,

                     Defendants.
----------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

On May 5, 2014, pro se Plaintiff Fitzroy McNeill initiated the instant action asserting claims against Defendants under 28 U.S.C. § 1983, N.Y. Public Health Law § 2803, and N.Y. Comp. Codes R. & Regs. Tit. 10, § 405.8. (Compl. (Dkt. 1).) On the same day, Plaintiff also filed an application to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. (Mot. to Proceed IFP (Dkt. 2).) Plaintiff's IFP application was denied by the court on July 2, 2014. (Mem. & Order, July 2, 2014 (Dkt. 4).) On July 14, 2014, the date designated by the court as the last date on which Plaintiff could pay the filing fee, Plaintiff filed the instant motion for reconsideration of the court's Order denying him IFP status. (Mot. for Reconsideration (Dkt. 5).)

Upon further review, and in light of Plaintiff's apparent financial hardship as described in the instant motion, Plaintiff's motion for reconsideration is GRANTED and his application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 is accordingly GRANTED as well.

SO ORDERED.

Dated: Brooklyn, New York
       July ⟋, 2014

                                                     s/Nicholas G. Garaufis
                                                     NICHOLAS G. GARAUFIS
                                                     United States District Judge